Record of Conference and Orders: Vera M. Scanlon, USMJ        Date: 11/13/2018

Case: Caishpal v. ARJO Food Corp. et al        Status Conf. @ 11:00 AM

Civ. 17-cv-00883-VMS

ECF Recording in 13A South:        ☐ Telephone Conference        ☒ In-person Conference

Counsel: *(See separately docket entry or document for specific appearances)*
☒ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☒ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

Conference Type:

☐ Initial Conference ☐ Status Conference ☐ Settlement Conference ☒ Motion Hearing ☐ Discovery Conference ☐ JPTO Conference ☐ Other _____

Further to the conference, discovery and other scheduling dates are as follows:
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record        [27] is withdrawn

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder        ☐ To be served    ☐ To be filed
  ☐ Complaint ☐ Answer        ☐ On consent ☐ By motion ☐ By PMC letter

☐ Joint status letter ☐ Stip of dismissal to be filed

☐ Status conference        Date:        Time:
  ☐ In person ☐ Telephone (718) 613-2300    To be organized by:

☐ Specific depositions to be held

☐ Fact discovery closes

☐ Expert disclosures to be served

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☐ Joint letter confirming discovery is concluded

☐ Summary judgment to be initiated        ☐ PMC letter ☐ Briefing

☐ Joint pre-trial order to be filed        ☐ Letter for conference ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference        Date:        Time:

1/2

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: Coushpal    Civ. A. 17-883

Date: 11/13/2018

**Additional Orders:**

A revised settlement was stated on the record. The D allocuted on the record on his own behalf and that of AR TO Food Corp. The revised settlement is fair and reasonable under Cheeks.

This case is closed.